UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL D. HENDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Secretary of California Department of Corrections and Rehabilitations,<br><br>    Respondent. | Case No. CV 18-9247-MWF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report") (Docket No. 5), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    IT IS ORDERED that judgment be entered dismissing the Petition with prejudice.

DATED: August 30, 2019

                                                    MICHAEL W. FITZGERALD
                                                  United States District Judge