UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL D. HENDERSON,<br><br>   Petitioner,<br><br> v.<br><br>SCOTT KERNAN, Secretary of California Department of Corrections and Rehabilitations,<br><br>   Respondent. | No. CV 18-9247-MWF (FFM)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 30, 2019

                 MICHAEL W. FITZGERALD
                 United States District Judge